HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
MOLLY L. KABAN, SBN 232477
mkaban@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and
LEPRINO FOODS DAIRY PRODUCTS COMPANY

PARRIS LAW FIRM
R. REX PARRIS, SBN 96567
rrparris@parrislawyers.com
KITTY K. SZETO, SBN 258136
kszeto@parrislawyers.com
JOHN M. BICKFORD, SBN 280929
jbickford@parrislawyers.com
RYAN A. CRIST, SBN 316653
rcrist@parrislawyers.com
43364 10th Street West
Lancaster, California 93534
Telephone:     (661) 949-2595
Facsimile:     (661) 949-7524

Attorneys for Plaintiff and the Aggrieved Employees

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| DONALD NULL, in his representative capacity under the Private Attorney General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:19−CV−00525−AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

1   Plaintiff DONALD NULL and Defendants LEPRINO FOODS COMPANY and LEPRINO
2   FOODS DAIRY PRODUCTS COMPANY, by and through their counsel of record, hereby
3   stipulate to continue the Initial Scheduling Conference from Monday, January 28, 2020 to
4   Monday, February 11, 2020 at 9:30 a.m., in Courtroom 8, Robert E. Coyle United States
5   Courthouse, 2500 Tulare Street, Sixth Floor, Fresno, California 93721.  The parties further
6   stipulate that the Joint Scheduling Report will be due one week prior to the conference, on
7   Monday, February 4, 2020.  Good cause exists for this continuance because defense counsel will
8   be conducting a previously-scheduled seminar on January 28, 2020, the date selected by the Court
9   for the conference.

IT IS SO STIPULATED.

DATED:  December 11, 2019            HANSON BRIDGETT LLP

By:     */s/ Lisa M. Pooley*
LISA M. POOLEY
Attorneys for Defendants
LEPRINO FOODS COMPANY and
LEPRINO FOODS DAIRY PRODUCTS
COMPANY

DATED:  December 11, 2019            PARRIS LAW FIRM

By:     */s/ Ryan A. Crist*
R. REX PARRIS
KITTY K. SZETO
JOHN M. BICKFORD
RYAN A. CRIST

Attorneys for Plaintiff and the Aggrieved
Employees

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Initial Scheduling Conference currently set for January 28, 2020, is HEREBY CONTINUED to **February 11, 2020, at 10:30 AM in Courtroom 8 (BAM)** before the undersigned. The Joint Scheduling Report shall be filed one week prior to the conference, on Monday, February 4, 2020. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated: **December 12, 2019**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE